# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**WILL FULCHER JR.**                                                       **PLAINTIFF**

v.                 **Case No. 2:15-cv-00181 KGB-PSH**

**CAROLYN W. COLVIN, Acting Commissioner,**
Social Security Administration                                     **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 11). No objections have been filed, and the time for filing objections has passed. After careful review of the Recommended Disposition, the Court concludes that the Recommended Disposition should be and hereby is approved and adopted in its entirety as this Court's findings in all respects.

Accordingly, the Court affirms the Commissioner's decision and denies plaintiff Will Fulcher, Jr.'s request for relief (Dkt. No. 1).

So ordered this 1st day of December, 2016.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge