IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**WILL FULCHER JR.**                                                                                    **PLAINTIFF**

**v.**                      **Case No. 2:15-cv-00181 KGB-PSH**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                    **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered in this case on this date, it is considered, ordered, and adjudged that the final decision of Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, is affirmed. Judgment is entered in favor of the Commissioner.

So adjudged this 1st day of December, 2016.

                                                             _Kristine G. Baker_
                                                             Kristine G. Baker
                                                             United States District Judge